# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY QUINTANIA, ) | Civil No. 06cv2059 L (NLS) |
| Plaintiff, ) | **ORDER SUA SPONTE SUBSTITUTING DEFENDANT** |
| v. ) | |
| MICHAEL J. ASTRUE, Commissioner, ) Social Security Administration, ) | |
| Defendant. ) | |

On September 22, 2006, plaintiff filed a complaint naming Jo Anne B. Barnhart, then the Commissioner of the Social Security Administration, as the defendant. On February 1, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d)(1), this Court **ORDERS** that Commissioner Michael J. Astrue be substituted for Jo Anne B. Barnhart as the defendant in this suit.

The Clerk of the Court shall modify the docket to reflect "Michael J. Astrue" as defendant in place of "Jo Anne B. Barnhart."

**IT IS SO ORDERED.**

DATED: June 5, 2007

*Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge